**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **PATRICK KELLETT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | No. 4:08V1965-DJS |
| ) | |
| **A-OKAY PLUMBING COMPANY,** ) | |
| **INCORPORATED, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**MEMORANDUM**</u>

The Court acknowledges receipt of a letter from attorney Elizabeth A. Rice [Doc. #28], in which she notifies the Court that certain funds in the bank account of defendant John Aholt are exempt from garnishment under Section 207 of the Social Security Act. The Court notes that Rice has not entered her appearance in this case and that her letter does not request any relief from the Court in the form of a motion. Furthermore, while the Court recognizes that the cited Social Security Act section does indeed exempt social security benefits from garnishment, Rice's letter does not constitute sufficient evidence for the Court to take any action with regard to the garnishment of funds from Aholt's Regions Bank account. <u>See</u>, <u>eq.</u>, <u>NCNB Fin. Servs., Inc. v. Shumate</u>, 829 F. Supp. 178, 180-81 (W.D. Va. 1993).

Accordingly,

**IT IS HEREBY ORDERED** that no further action will be taken on the letter of Elizabeth A. Rice [Doc. #28].

Dated this __23rd__ day of March, 2010.

                                       /s/Donald J. Stohr
                                       UNITED STATES DISTRICT JUDGE